UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
_____

LIJUN JIA,
402 Timberglen Ct.
Winter Springs, FL 32709

Plaintiff,


    vs.

_____

JEH JOHNSON, Secretary Department of
Homeland Security,
Washington, DC  20528

LEON RODRIGUEZ, Director of the
United States Citizenship and Immigration
Services,
20 Massachusetts Avenue, NW
Washington, DC 20529

DAVID ROARK, Director of the United
States Citizenship and Immigration
Services'
4141 N. St. Augustine
Dallas, TX 75227

JOHN KERRY, Secretary of State
United States Department of State. 2201 C
Street NW, Washington, DC 20520

PHILLIP SLATTERY, Director
National Visa Center
31 Rochester Avenue
Suite 200
Portsmouth, NH  03801-2915


    Defendants

_____

## DESCRIPTION OF ACTION

1.  This is an action brought by plaintiff, LIJUN JIA, A206612482, against the defendants to compel them to process his application for an immigrant visa, on which no action has been taken since his immigrant visa petition was approved on October 24, 2014

## JURISDICTION

2.  This being a civil action against the United States arising under the Immigration and Nationality Act, 8 U.S.C. § 1101 et. seq., the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., all laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## DESCRIPTION OF PARTIES

3.  The plaintiff, LIJUN JIA, is a citizen and resident of the People's Republic of China and, according to the USCIS, an "alien of extraordinary ability".

4.  The defendant, JEH JOHNSON, is the Secretary of Homeland Security, and as such has the authority to adjudicate applications for asylum. He resides for official purposes in the District of Columbia.

5.  The defendant, LEON RODRIGUEZ, is the Director of the United States Citizenship and Immigration Services (the "USCIS"), the agency within the Department of Homeland Security, which adjudicates applications for asylum. He resides for official purposes in the District of Columbia.

6.  The defendant, DAVID ROARK, is the Director of the Texas Service Center of the United States Citizenship and Immigration Services, which approved the plaintiff's immigrant visa petition. He resides for official purposes in the State of Texas.

7.  The defendant, JOHN KERRY, is the Secretary of State, and so the person ultimately response for the processing of immigrant visa applications. He resides for official purposes in the District of Columbia.

8.  The defendant, PHILLIP SLATTERY, is the Director of National Visa Center, an agency within the Department of State with immediate responsibility for the processing of applications for immigrant visas following the approval of an immigrant visa petition by USCIS. He resides for official purposes in the State of New Hampshire.

## BRIEF STATEMENT OF RELEVANT FACTS

9.  On October 24, 2014, the USCIS's Texas Service Center approved LIJUN JIA's petition to be classified as an "alien of extraordinary ability" under 8 U.S.C. § 1153(a)(1).

10. Classification by USCIS as an alien of extraordinary ability reflects a finding by

4

the agency that Mr. Jia has a level of expertise indicating that he is one of that small percentage who have risen to the very top of his field of endeavor, that he has sustained national or international acclaim, that his achievements have been recognized in the field of expertise, 8 C.F.R. § 204.5(h)(2) & (3), and that his entry into the United States will substantially benefit prospectively the United States. 8 U.S.C. § **153(b)(1)(A)(iii).**

11. Nevertheless, since approval of Mr. Jia's petition, no action whatsoever has been taken to complete, or even begin, the next step of Mr. Jia's immigration to the United States, that is, the processing of his application for an immigrant visa by the Department of State's National Visa Center.

12. The Notice of Approval of the petition classifying Mr. Jia as an alien of extraordinary ability states that "The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC). 32 Rochester Avenue. Portsmouth.NH03801-2909."

13. However, the NVC has repeatedly denied, and continues to deny, ever receiving any communication from USCIS regarding this matter, while repeated inquiries to USCIS has met with the reply that the petition has already been forwarded to NVC and no further information is available regarding the matter.

COUNT I

14. Defendants JEH JOHNSON, Secretary of Homeland Security, Defendant LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and DAVID ROARK, Director of the United States Citizenship and Immigration Services' Texas  Service Center, are each and all officers of the United States Department of Homeland Security.

15. Defendants JOHN KERRY, Secretary of State and PHILLIP SLATTERLY, Director of the National Visa Center, are both officers of the Department of State.

16. Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services, DAVID ROARK, Director of the United States Citizenship and Immigration Services' Texas  Service Center JOHN KERRY, Secretary of State and PHILLIP SLATTERLY, Director of the National Visa Center, each and all owe a duty to the Plaintiff to adjudicate his application for adjustment of status within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

17. The period of time in which this application has been pending with

Defendant

JEH JOHNSON, Secretary of Homeland Security, Defendant LEON

RODRIGUEZ, Director of the United States Citizenship and Immigration

Services, DAVID ROARK, Director of the United States Citizenship and

Immigration Services' Texas  Service Center, JOHN KERRY, Secretary of

State and PHILLIP SLATTERLY, Director of the National Visa Center, and

their predecessors, is well beyond the time, which these officers or employees

reasonably require to adjudicate it.

18. This Court has authority under 28 U.S.C. § 1361 to compel an officer or

employee of the United States to perform a duty owed to the Plaintiff.

19. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action

unlawfully withheld or unreasonably delayed.

<u>RELIEF REQUESTED</u>

WHEREFORE it is respectfully requested that the Court find that the

adjudication of LIJUN JIA's application for an immigrant has been unreasonably

delayed and compel Defendant JEH JOHNSON, Secretary of Homeland

Security, Defendant LEON RODRIGUEZ, Director of the United States

Citizenship and Immigration Services, DAVID ROARK, Director of the United

States Citizenship and Immigration Services' Texas  Service Center JOHN

KERRY, Secretary of State and PHILLIP SLATTERLY, Director of the

National Visa Center to cause LIJUN JIA's application for an immigrant visa to

be immediately transferred to the National Visa Center and for the NVC to

immediately commence processing  of this application and continue to do so in a

prompt and timely matter until his application is ready to be transferred to the

appropriate U.S. consulate.


Respectfully submitted this    2nd  day of October, 2015.


        s/ Michael E. Piston
        Michael E. Piston
        Attorney for Plaintiff
        225 Broadway
        Suite 307
        New York, NY, 10007
        Ph: 646-845-9895
        Fax: 206-770-6350
        Email: michaelpiston4@gmail.com